| | |
|---|---|
| 1 | **SAMPSON & ASSOCIATES** |
| 2 | Bryan D. Sampson (#143143)<br>2139 First Avenue<br>San Diego, CA 92101 |
| 3 | (619) 557-9420/Fax (619) 557-9425 |
| 4 | Attorneys for Creditor BRADLEY PROULX |

FILED
99 FEB -2 AM 9:47
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

SARA NEWSOME BURNS,

Debtor.

CASE NO. 99-00811-B13

**EX PARTE APPLICATION FOR ORDER TO PAY TRUSTEE**
Date:    N/A
Time:    N/A
Ctrm:    4
Hon. Peter Bowie

Creditor Bradley Proulx hereby submits the following Ex Parte Application for an Order authorizing the United States of America to pay the Chapter 13 Trustee monies due to the Debtor from a pending settlement.

This ex parte application is made pursuant to 11 USC §541, 542 & 1306. It is further based upon this notice, the attached memorandum of points and authorities, declaration, exhibits and proposed order.

DATED: February 1, 1999

**SAMPSON & ASSOCIATES**

By: _____
Bryan D. Sampson
Attorneys for Creditor BRADLEY PROULX