SAMPSON & ASSOCIATES
Bryan D. Sampson (#143143)
2139 First Avenue
San Diego, CA 92101
(619) 557-9420/Fax (619) 557-9425

Attorneys for Creditor BRADLEY PROULX

FILED
99 FEB -2 AM 9: 47
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

SARA NEWSOME BURNS,

　　　　　　　　　Debtor.

CASE NO. 99-00811-B1

MEMORANDUM OF POINTS & AUTHORITIES FOR APPLICATION FOR ORDER AUTHORIZING PAYMENT TO TRUSTEE
Date:　N/A
Time:　N/A
Ctrm:　4
Hon. Peter Bowie

Creditor Bradley Proulx hereby submits the following memorandum of points and authorities in support of his ex parte application for an order authorizing payment to the Chapter 13 Trustee on monies owed to Debtor.

## FACTUAL BACKGROUND

Creditor Bradley Proulx obtained a Judgment in State Court for $231,462.61 on October 30, 1998, against Debtor SARA NEWSOME BURNS. See Exhibit "1." The Judgment was based upon Plaintiff BURN's refusal and/or failure to pay Proulx, her investigator, for services which he provided and which directly resulted in her recovering $580,000 in a federal court action. Subsequently, Creditor obtained a Turnover Order for the final portion of settlement monies due to Debtor. See Exhibit "2." Finally, he filed a Lien on the Federal Court action requiring payment be made to him, not Debtor. See Exhibit "3."

Debtor admits she already received over $400,000 of $580,000 owed on a settlement in Federal Court. Creditor confirmed from the United States of America that a final payment of over $150,000 to $200,000 was being wire transferred to Debtor, but was frozen at the last hour based upon Creditor's Lien and ex parte application in District Court for payment. See Declaration of Bryan D. Sampson.

In response to the foregoing, Debtor Burns filed this Chapter 13 action. See Court records. Unfortunately, she appears to have overlooked her "receivable" of between $150,000 to $200,000 from the government. Her petition lists less than $50,000 in assets. See Exhibit "4" and Court Records.

Based upon the foregoing, Creditor Proulx requests this Court issue an Order directing the government to pay the Chapter 13 Trustee and to relieve the government of liability.

## LEGAL ARGUMENT

As the Court is aware, Debtor's Chapter 13 petition invokes the powers of this court and the Chapter 13 Trustee to recover assets for the estate. See 11 USC §§541, 542 & 1306.

BURNS received over $400,000 from a federal court lawsuit. See attached Declaration of Bryan D. Sampson. She expects to receive another $150,000 to $200,000. However, she forgot to include this "receivable" in her bankruptcy estate. See Exhibit "4." Thus, Creditor requests an order allowing the government to pay the Chapter 13 Trustee to avoid dissipation of funds.

## CONCLUSION

Based upon the foregoing, Creditor Proulx respectfully requests this Court issue the attached, proposed Order.

DATED: February 1, 1999

SAMPSON & ASSOCIATES

By: _____
Bryan D. Sampson
Attorney for Creditor Proulx