L. Scott Keehn (SBN 61691)
Lisa L. Keehn (SBN 167696)
**ROBBINS & KEEHN**
A Professional Corporation
530 "B" Street, Suite 2400
San Diego, California 92101
Telephone: (619) 232-1700

Attorneys for **SARA NEWSOME BURNS**

FILED
99 FEB -4 PM 6:05
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re:

**SARA NEWSOME BURNS**, an individual,

    Debtor.

CASE NO. 99-00811-B13

DECLARATION OF G. M. ROJAS-WIEDERAENDERS

[NO HEARING SET]

I, **GUADALUPE M. ROJAS-WIEDERAENDERS**, declare as follows:

1. I am over the age of eighteen (18) and a paralegal with the law firm of Robbins & Keehn, a Professional Corporation. I have first-hand knowledge of the following facts and if called upon as a witness could, and would testify as follows.

2. I am the Paralegal that prepared the "bare-bones" petition for the above-entitled case. I used the "Bankruptcy 2000" software to prepare the petition. This program has been recently put into service at the firm in order to utilize the Court's electronic filing capabilities. The program is set up so that information is entered concerning "Assets" and "Liabilities" and then generates the petition with the appropriate boxes checked. Since I only entered creditor information (since it was a "bare-bones" petition) and no asset information, the program generated a petition with the amount of assets ranging from $0 to $50,000.



ORIGINAL

55214/GMR/4812.01

ROBBINS & KEEHN, APC
ATTORNEYS AT LAW
2400 UNION BANK BUILDING · 530 "B" STREET
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-1700 · TELECOPIER (619) 544-9095

3. I am not aware of if or how the program may be manipulated to generate a petition with assets if none have been entered. However I will investigate that question with the technical support service personnel available through the software publication.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief and that this declaration is executed this 3rd day of February 1999, at San Diego, California.

_____
GUADALUPE M. ROJAS-WIEDERAENDERS

55214/GMR/4812.01