Thomas H. Billingslea, Jr.
530 "B" Street, Suite 1500
San Diego, CA 92101
(619) 233-7525

**FILED**

99 FEB 5 PM 7: 17

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

U.S. Bankruptcy Court,
Southern District of California
325 West F Street, San Diego, CA 92189

In Re:

SARA NEWSOME BURNS

Bankruptcy No.:

99-00811-B-13

## Trustee's Objections To Confirmation of Chapter 13 Plan

Thomas H. Billingslea, Jr., the Standing Chapter 13 Trustee, hereby objects to confirmation and moves to dismiss. The basis for the objection is:

_____ 1. **Plan Length**: The Plan length is over 60 months. [1322 (d)]

_____ 2. **Jurisdictional Limitations**: Debtors owe debts in excess of $269,250 in unsecured debts and/or $807,750 in secured debts. [109 (e)]

_____ 3. **Disposable Income**

    _____ Debtor has failed to apply all projected disposable income to plan for a period of not less than three years. [1325 (b) (1) (B)]

    _____ Debtor's Expenses are high, namely:

        _____ Transportation

        _____ 401K Deduction

        _____ Recreation

        _____ Other _____

    _____ Income listed on Schedule I differs from Paycheck stub.

_____ 4 **Unfair Discrimination**: The plan discriminates among the unsecured creditors. [1322 (b) (1)]

    _____ Automobile    _____ Student Loan

_____ 5. **Arrears:** The plan does not provide for the timely curing of mortgage arrears.

_____ 6. **The plan is incomprehensible or internally inconsistent and the Trustee cannot administer it in current format.**

    _____ Need to file Mandated Plan

_____ 7. **Plan Payments**

    _____ Inability to make timely plan payments. [1325 (a) (6)]

**X** 8. **The Plan is not proposed in good faith or does not comply with Code provisions.**

    _____ Tax Returns have not been filed for years: _____

    _____ Inadequate Post-Petition Tax Provision

    _____ Failure to disclose prior bankruptcy

    _____ Failure to timely respond to requests of Trustee

    _____ Failure to provide for full payment of all priority claims.

_____ 9. **Liquidation Analysis**: Allowed unsecured creditors receive less under a Chapter 13 than they would have under a Chapter 7. [1325 (a) (4)]

I hereby certify under penalty of perjury that I have on this date mailed a true copy of this Objection to Plan to the Attorney for the debtor (or debtors).

Dated: 2/ 4/ 99

Attorney for Debtor[s]:

_____
Thomas H. Billingslea, Jr. Trustee

L. SCOTT KEEHN