CSD 1502 [06/29/98]

(17)  **MINUTES OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

IN RE:
SARA NEWSOME BURNS

BANKRUPTCY NO: ~~98~~ 99-00811-B13

DATE: FEBRUARY 9, 1999

TIME: 11:00 a.m.

**APPEARANCES:**

**PRESIDING BANKRUPTCY JUDGE:**
Honorable John J. Hargrove

For Debtor:  [ ] Debtor   [ ] Joint Debtor
[ ] L. Scott Keehn _____, Atty for Debtor(s)
[✓] Michael Koch, Attny for Trustee _____, Trustee
[✓] Bryan D. Sampson _____, Movant, BRADLEY PROULX
[ ] _____, Respondent
[✓] Steven Segnato _____, Atty for U.S. Attny
[ ] _____, Atty for _____
[ ] _____, Atty for _____
[ ] _____, Atty for _____
[ ] _____, Atty for _____

Reporter: Federal Court Reporters

[ ] If applicable, additional appearances noted on reverse side hereof

**PROCEEDING:**
[ ] Motion to Dismiss fld by _____
[ ] Confirmation of Plan,  Objection to Plan fld by _____
                          Objection to Plan fld by _____
[ ] Motion to Modify Plan                  [ ] Motion to Excuse Plan Payments
[✗] Objection to Claim of _____
[ ] Motion for Relief from Stay fld by _____
[✓] Other:
BRADLEY PROULX'S MOTION FOR ORDER AUTHORIZING PAYMENT TO TRUSTEE

**DISPOSITION:**
[ ] Case dismissed and/or confirmation denied, restraining orders vacated. Chapter 13 Trustee to prepare formal order.
[ ] Hearing continued to _____ at _____.m. in Dept. No. _____
    [ ] to track payments              [ ] to bring payments current by _____
    [ ] Amended Schedule I & J to be filed  [ ] Current pay stubs to be submitted to Trustee
    [ ] Plan to be modified or amended      [ ] Tax returns to be served on Trustee by _____
    [ ] NO FURTHER CONTINUANCES PERMITTED
[ ] Plan confirmed   [ ] as modified by PRE- or POST-CONFIRMATION plan form filed in Court
[ ] Granted   [ ] Denied   [ ] Stipulation read into record  [ ] with standard adequate protection clause
[ ] Additional fees allowed Attorney for Debtor(s): $_____
[ ] Taken under submission            [ ] Off calendar
[✓] Other: The money is to be placed into an interest bearing acct. Jurisdiction is reserved for an adv proc. no disbursement without further order of ct. & ntc to Mr. Keehn.

Exhibits received:  [ ] Yes          [ ] In evidence          [ ] Returned to parties

**JUDGMENT OR ORDER:**
[✓] Filed in Court
[✓] Contested

[✓] To be prepared by Sampson

_____ Karen France _____, Deputy Clerk

**CHAPTER 13**

cc: cal c/k

CSD 1502