```
 1 | SAMPSON & ASSOCIATES                          FILED
   | Bryan D. Sampson (#143143)
 2 | 2139 First Avenue                          99 FEB -8 PM 4: 19
   | San Diego, CA 92101
 3 | (619) 557-9420/Fax (619) 557-9425          U.S. BANKRUPTCY CT.
                                                SO. DIST. OF CALIF.
 4 | Attorneys for Creditor BRADLEY PROULX
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | CASE NO. 99-00811-B13 |
|---|---|---|
| | ) | |
| | ) | **NOTICE OF ORAL** |
| SARA NEWSOME BURNS, | ) | **ARGUMENT** |
| | ) | |
| | ) | Date:     2/9/99 |
| Debtor. | ) | Time:     11:00 a.m. |
| | ) | Ctrm:     3 |
| | ) | Hon. John J. Hargrove |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the court has set oral argument on Creditor's application for an order authorizing payment from the United States of America to the Trustee. Oral argument will be held on the above date and time in Department 3 in the United States Bankruptcy Court for the Southern District of California, located at 325 W. "F" Street, San Diego, California, 92101.

DATED: February 5, 1999

SAMPSON & ASSOCIATES

By: _____
Bryan D. Sampson
Attorneys for Creditor
BRADLEY PROULX

| | |
|---|---|
| UNITED STATES BANKRUPTCY JRT,<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 W. "F" Street, San Diego, CA   92101-8970 | COURT USE ONLY |
| **TITLE OF CASE** (Abbreviated)<br>In re Burns | |
| **ATTORNEY(S) NAME AND ADDRESS**        **TELEPHONE NO.**<br>Bryan D. Sampson, Esq. (#143143)    (619) 557-9420<br>SAMPSON & ASSOCIATES<br>2139 First Avenue<br>San Diego, California 92101<br>                                                                  fax: 619/557-9425 | |

| ATTORNEY(S) FOR:<br>Creditor<br>SARA NEWSOME BURNS | HEARING DATE-TIME-DEPT<br>2/9/99   11:00 a.m.   3 | CASE NO.<br>99-00811-B13 |
|---|---|---|

## DECLARATION OF SERVICE

I, Jody Racanelli, declare that:  I am a citizen of the United States and am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 2139 First Avenue, San Diego, CA., 92101;

On February 5, 1999, I served the following document(s):

### NOTICE OF ORAL ARGUMENT

addressed to:

L. Scott Keehn
Robbins & Keehn
530 "B" Street, Suite 2400
San Diego, CA. 92101

U.S. Trustee's Office
402 West Broadway, Suite 600
San Diego, CA. 92101

Stephen Segreto
Assistant U.S. Attorney
Southern District of California
880 Front St., Rm 6293
San Diego, CA. 92101

Thomas H. Billingslea, Jr.
Chapter 13 Trustee
530 "B" Street, Suite 1500
San Diego, CA. 92101

in the following manner of service (check proper box):

__X__    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

__X__    (VIA TELECOPIER) I also caused such document to be telecopied to the offices of the addressees where indicated.

_____    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 5, 1999, at San Diego, California.

                                              _____
                                              Jody Racanelli