

1 | **SAMPSON & ASSOCIATES**
Bryan D. Sampson (#143143)
2 | 2139 First Avenue
San Diego, CA 92101
3 | (619) 557-9420/Fax (619) 557-9425

4 | Attorneys for Creditor BRADLEY PROULX

ENTERED FEB 2 2 1999

FILED

FEB 1 9 1999

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

FILED
ENTERED
LODGED
RECEIVED

FEB 1 1 1999

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

SARA NEWSOME BURNS,

Debtor.

)
)
)
)
)
)
)
)
)
)

CASE NO. 99-00811-B13

**ORDER AUTHORIZING PAYMENT**

Date:     2/9/99
Time:     11:00 a.m.
Ctrm:     3
Hon. John J. Hargrove

Creditor Bradley Proulx's application for an order authorizing payment of settlement monies to a segregated account on monies owed to Debtor BURNS from the United States of America to the Chapter 13 Trustee came before the Court on the above date and time by Creditor's ex parte application. Creditor BRADLEY PROULX appeared through his counsel, Bryan D. Sampson. The United States of America appeared through its counsel, Stephen Segreto. Sara Newsome Burns did not appear. Upon reviewing the pleadings filed by the parties, hearing oral argument, and good cause appearing therefore,

IT IS HEREBY ORDERED that the UNITED STATES OF AMERICA shall immediately pay any and all monies currently due and owing to Debtor SARA NEWSOME BURNS directly to Debtor's counsel, Robbins & Keehn, at 530 "B" Street, Suite 2400, San Diego, California 92101, c/o of Charles F. Robbins, Esq.

1    IT IS FURTHER HEREBY ORDERED that the UNITED STATES OF

2  AMERICA is then deemed to have discharged all of its obligations under the

3  subject settlement and is, therefore, released from any further liability against all

4  parties in this action, including but not limited to Debtor SARA NEWSOME

5  BURNS, Creditor Bradley Proulx, and their counsel.

6    IT IS FURTHER HEREBY ORDERED that Debtor's counsel, Charles F.

7  Robbins, Esq., and his firm, Robbins & Keehn, are hereby instructed to place the

8  funds from the United States of America into a segregated, interest-bearing

9  account.  The funds may not be disbursed without further order of this court.

10  Further, in the event the Debtor dismisses her Chapter 13 action, the funds shall

11  remain in the account of Debtor's counsel, pending further order of this court.

12    **IT IS SO ORDERED.**

13  DATED: **2 - 19 - 99**

14                              Judge, United States Bankruptcy Court

15

16  **NOTICE:**    Signature by the attorney constitutes a certification under Federal
                Rule of Bankruptcy Procedure 9011 that the relief provided by the
17                Order is the relief granted by the Court.

18  Submitted by:

19                              Bryan D. Sampson

20

21

22

23

24

25

26

27  In re: Sara Newsome Burns
    Case No.: 99-00811-B13
28  Order Authorizing Payment